1
2           UNITED STATES DISTRICT COURT
3                 DISTRICT OF NEVADA
4

5   ERICK M. BROWN,                    Case No. 2:25-cv-01217-GMN-DJA
6            Petitioner,
                                       **ORDER DENYING APPLICATION TO**
7        v.                            **PROCEED** *IN FORMA PAUPERIS*
                                       **AND DISMISSING ACTION**
8   THE STATE OF NEVADA, *et al.*,
9            Respondents.
10

11          This action was initiated, *pro se*, on July 3, 2025, by Erick M. Brown, an individual

12   incarcerated at Nevada's Southern Desert Correctional Center.  On that date, Brown filed

13   an Application to Proceed *in Forma Pauperis* and a "Writ of Course." ECF Nos. 1, 1-1.

14   On July 9, Brown filed a "Motion to Disqualify or Recuse." ECF No. 3.  And on July 10,

15   Brown filed a document entitled "Lack of Subject Matter Jurisdiction in Support of

16   Complaint," which includes a "Motion to Submit Documents." ECF No. 4.

17          Brown is serving an aggregate sentence of 45 to 120 years in prison on convictions

18   in 2006 of burglary, kidnapping and robbery in Clark County, Nevada, which convictions

19   involved an armed robbery of a jewelry store.  Brown has initiated several previous legal

20   actions in this Court, both civil rights actions and habeas actions: Case Nos. 2:13-cv-

21   01574-JCM-CWH, 2:13-cv-01698-GMN-PAL, 2:13-cv-01942-APG-PAL, 2:14-cv-00194-

22   JCM-CWH, and 2:16-cv-02131-APG-PAL.   Case No. 2:14-cv-00194-JCM-CWH was a

23   petition for writ of habeas corpus under 28 U.S.C. § 2254, which was dismissed on

24   February 18, 2016, as time-barred under 28 U.S.C. § 2244(d). *See* ECF Nos. 46 and 47

25   in 2:14-cv-00194-JCM-CWH.  In that case, the respondents filed the record of Brown's

26   criminal case (ECF Nos. 23–32 in Case No. 2:14-cv-00194-JCM-CWH). The Court takes

27   judicial notice of the filings in Case No. 2:14-cv-00194-JCM-CWH.

28

In his "Writ of Course," Brown seeks, in part, release from custody.  The Court, therefore, treats the "Writ of Course" as a petition for writ of habeas corpus under 28 U.S.C. § 2254.

The information in Brown's Application to Proceed in Forma Pauperis (ECF No. 1) reveals that he is able to pay the $5 filing fee for this action. The Court will therefore deny that application.

The Court has examined Brown's "Writ of Course" under Rule 4 of the Rules Governing Section 2254 Cases in the United States District Courts.  Rule 4 provides in pertinent part:

> If it plainly appears from the petition and any attached exhibits that the petitioner is not entitled to relief in the district court, the judge must dismiss the petition and direct the clerk to notify the petitioner.

The Advisory Committee Notes to Habeas Rule 4 provide that "it is the duty of the court to screen out frivolous applications and eliminate the burden that would be placed on the respondent by ordering an unnecessary answer," particularly where the petition does not state facts "that point to a real possibility of constitutional error." Habeas Rule 4, Advisory Committee Notes (1976 Adoption); *see also Gutierrez v. Griggs*, 695 F.2d 1195, 1198 (9th Cir. 1983) (Rule 4 "explicitly allows a district court to dismiss summarily the petition on the merits when no claim for relief is stated.").  Summary dismissal under Rule 4 is appropriate where the allegations in the petition are vague or conclusory or palpably incredible, or patently frivolous or false. *Hendricks v. Vasquez*, 908 F.2d 490, 491 (9th Cir.1990). As the Court understands Brown's "Writ of Course," he claims that the State of Nevada's boundaries were not properly established, that Las Vegas and/or Clark County are not legitimately within the State, that certain actions taken by the State are therefore without legal effect, and that, as a result, his conviction is invalid, and he should be released from custody. *See* ECF No. 1-1.  Brown cites no legal authority in support of his claims.  The Court finds Brown's claims to be palpably incredible, patently frivolous, and false.  This action will be summarily dismissed.

1  **IT IS THEREFORE ORDERED** that Petitioner's Application to Proceed *in Forma*

2  *Pauperis* (ECF No. 1) is **DENIED**.

3  **IT IS FURTHER ORDERED** that this action is **DISMISSED**.

4  **IT IS FURTHER ORDERED** that, because jurists of reason would not find it

5  debatable whether the Court is correct in this ruling, Petitioner is **DENIED** a certificate of

6  appealability.

7  **IT IS FURTHER ORDERED** that Petitioner's "Motion to Disqualify or Recuse" (ECF

8  No. 3) and "Motion to Submit Documents" (ECF No. 4) are **DENIED**.

9  **IT IS FURTHER ORDERED** that the Clerk of Court is kindly directed:

10  -    to enter judgment accordingly and close this case; and

11  -    to transmit a copy of this Order to the Attorney General of the State of

12      Nevada.

13

14  DATED THIS __15__ day of _____July_____, 2025.

15

16  _____

17  GLORIA M. NAVARRO
    UNITED STATES DISTRICT JUDGE

18

19

20

21

22

23

24

25

26

27

28